J. WILLIAM DEYOE and GEORGE F. MYERS, trustees of George
A. Myers & Company, Incorporated, complainants,

*v.*

HARPER BROTHERS, INCORPORATED, a corporation of the
State of New Jersey, defendant.

———

WILLIAM HENIG and JOHN C. LEWIS, receivers of Harper
Brothers, Incorporated, a corporation of the State of
New Jersey, respondents,

*v.*

AMERICAN DISCOUNT COMPANY, a corporation of the State of
New Jersey, a secured creditor of Harper Brothers,
Incorporated, appellant.

[Decided April 30th, 1937.]

600

601

603

604

*Mr. Isadore Glauberman,* for the appellant, American Discount Company.

*Mr. Herman Herbert Singer,* for the respondent, receivers of defendant corporation.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Egan.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—DONGES, COLE, JJ. 2.

*For modification*—HEHER, J. 1.